UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAMES CARL KELLY,

    Plaintiff,

    v.

GALVIN NEWSOM, et al.,

    Defendants.

Case No. 25-cv-01073-JST

**ORDER OF TRANSFER**

Plaintiff, an inmate currently housed at Kern Valley State Prison ("KVSP"), has filed a *pro se* civil rights action pursuant to 42 U.S.C. § 1983 against California Governor Gavin Newsom; KVSP warden Pat Horn and doctor Chan Ho; and California State Prison Sacramento ("CSP-Sacramento") doctors Jian Ma, Abdulhalim Khan and A. Arya. The events or omissions giving rise to Plaintiff's claim(s) occurred at either KVSP or CSP-Sacramento; Governor Newsom presumably resides and works in Sacramento, the state capital; and the named defendants work at one of these two prisons. Kern Valley State Prison is located in Delano County; and CSP-Sacramento and Sacramento are located in Sacramento County. Both counties lie within the venue of the Eastern District of California. *See* 28 U.S.C. § 84(b). Venue therefore properly lies in the Eastern District. *See id.* § 1391(b). Accordingly, IT IS ORDERED that, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action be TRANSFERRED to the United States District Court for the Eastern District of California. The Clerk is directed to close the case.

**IT IS SO ORDERED.**

Dated: February 6, 2025

                              JON S. TIGAR

                         United States District Judge